UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:09-21143-CIV-MARTINEZ-WHITE**

PEDRO RODRIGUEZ,
    Petitioner,

vs.

WALTER MCNEIL,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Magistrate Judge White filed a Report (D.E. No. 43), recommending that Petitioner's petition be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report present. After careful consideration, the Court affirms and adopts Magistrate Judge White's Report.

Petitioner objects to Magistrate Judge White's findings with regard to claims three, four, twelve, and thirteen.[1] The Court, however, finds that Petitioner's objections reiterate arguments already thoroughly considered and addressed in Magistrate Judge White's well-reasoned Report. With regard to claims three, four, and twelve the Court rejects Petitioner's ineffective assistance of counsel arguments finding that this Court cannot find that the state Court "applied *Strickland*

---

[1] Petitioner labels these claims as claims one, two, fourteen, and fifteen. However, in using this numbering of his claims, Petitioner refers to the claims as numbered in his state motion for post conviction relief. The numbering above reflects the claims as they were numbered in the amended petition filed in this Court and as the claims were discussed in Magistrate Judge White's Report.

to the facts of . . . [Petitioner's] case in an objectively unreasonable manner." *Bell v. Cone*, 535 U.S. 685, 699 (2002). In addition, with regard to Petitioner's claim thirteen, alleging cumulative error, the Court also rejects this claim as the Court has not found any error. Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 43)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of October, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Pedro Rodriguez